NANCY SAVAGE *v.* ROGERS CORPORATION ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 22672) is denied.

*David C. Davis,* in support of the petition.

*Robert B. Cohen,* in opposition.

Decided May 2, 2002

ACE EQUIPMENT SALES, INC., ET AL. *v.* THOMAS BUCCINO ET AL.

*Kirk D. Tavtigian, Jr.,* in support of the petition.

*Kevin M. O'Brien,* in opposition.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 22693) is denied.